IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER PETROSKI | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 20-2112 |
| JOHN J. W. LEE, MD, FACS | : | |

## ORDER

**AND NOW**, this 11th day of June 2020, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 4) and Plaintiff's response thereto (ECF No. 5), it is **ORDERED**, consistent with the accompanying Memorandum, that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**